# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES CROWLEY,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-6345** |
| | : | |
| **KIRKENDOLL MANAGEMENT LLC** | : | |

## ORDER

This 27th day of December, 2021, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 24, is **GRANTED**. It is further **ORDERED** that Plaintiff's Motion to Amend the Complaint, ECF 22, is **DENIED** as futile.

Plaintiff's claims are **DISMISSED**. The Clerk of Court shall mark this case **CLOSED**.

    /s/ Gerald Austin McHugh
United States District Judge