IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES CROWLEY, : | | |
| Plaintiff : | CIVIL ACTION | |
| : | | |
| vs. : | NO. 20-6345 | |
| : | | |
| KIRKENDOLL MANAGEMENT, LLC, : | | |
| Defendant : | | |

## JUDGMENT

**AND NOW**, this 7th day of March, 2022, judgment is hereby entered in favor of Defendant Kirkendoll Management, LLC, and against Plaintiff James Crowley, in the amount of $1,539.40.

 KATE BARKMAN
 Clerk of Court

By:   /s/ A'iShah L. El-Shabazz
       Deputy Clerk